

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| FEYSAL A. GHAFFARI AND IRANA HAGHNAZARI, | § | No. 08-15-00131-CV |
|  | § | Appeal from the |
| Appellants, | § | 417th District Court |
| v. | § | of Collin County, Texas |
| DREES CUSTOM HOMES, L.P. AND THE DREES COMPANY, | § | (TC# 417-00816-2014) |
|  | § |  |
| Appellees. |  |  |

## **MEMORANDUM OPINION**

This appeal is before the Court on its own motion for determination of whether it should be dismissed for want of prosecution. Finding that Appellants, Feysal A. Ghaffari and Irana Haghnazari, have failed to pay the case filing fee, we dismiss the appeal for want of prosecution.

The trial court dismissed Appellants' suit for want of prosecution and Appellants filed a timely notice of appeal. Appellants did not, however, pay the case filing fee of $195 or establish they are indigent in accordance with TEX.R.APP.P. 20.1. On April 23, 2015, the Clerk of the Court sent Appellants a letter notifying them that the case filing fee had not been paid and failure to pay it within twenty days could result in dismissal of the appeal for want of prosecution

pursuant to TEX.R.APP.P. 42.3(b) and (c). Appellants have not paid the filing fee. We therefore dismiss the appeal for want of prosecution.

STEVEN L. HUGHES, Justice

June 3, 3015

Before McClure, C.J., Rodriguez, and Hughes, JJ.